# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2016

*The Court of Appeals hereby passes the following order:*

## A17D0181.  DONALD MORAN v. THE STATE.

In March 2014, Donald Moran was sentenced following his convictions for aggravated battery, aggravated assault, burglary, possession of a knife during the commission of a felony, and stalking.  On appeal, this Court reversed the stalking conviction and affirmed the remaining convictions.  See *Moran v. State*, 334 Ga. App. 765 (2015).  In January 2016, Moran filed an extraordinary motion for new trial, which the trial court denied on July 14, 2016.  Moran improperly filed a direct appeal of the denial.  See *Moran v. State*, Case No. A17A0563; see also OCGA § 5-6-35 (a) (7) (providing that the denial of an extraordinary motion for new trial is subject to the discretionary appeal procedure).  On November 28, 2016, Moran filed the instant application for discretionary review of the denial.  We lack jurisdiction.

As Moran recognizes, his application is untimely.  To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed, but Moran filed his application 137 days after entry of the order denying his extraordinary motion for new trial.  See OCGA § 5-6-35 (d).  While Moran argues that we should consider his application for several reasons, the requirements of OCGA § 5-6-35 are jurisdictional, and we cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   12/12/2016          *
        I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*